

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00785-CV

Maria **TIJERINA** and Tiburcia Holguin,
Appellants

v.

Jose German **GOMEZ**, Jorge Humberto Valadez, Jr. and Sonia Frausto,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-05-26518-MCV
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be taxed against appellants because the trial court ordered that appellants could proceed on appeal *in forma pauperis*.

SIGNED December 23, 2014.

_____
Luz Elena D. Chapa, Justice